IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| RUSSELL E. WOMACK, INC. | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. _____ |
| | § | |
| THE NORTH RIVER | § | |
| INSURANCE COMPANY | § | |
|     Defendant. | § | |

## INDEX OF MATTERS BEING FILED

Pursuant to Rule 81 of the Local Rules of the United States District Court for the Southern District of Texas, the following is an index of matters being filed in this case:

1. Notice of Removal;

2. Index of Matters Being Filed (Exhibit 1);

3. A copy of the Lubbock County Clerk's file for this case (Exhibit 2), including:
   - a. Copy of the Docket Sheet;
   - b. Plaintiff's Original Petition;
   - c. Citation and Affidavit of Service; and
   - d. Defendant's Original Answer.

4. Certificate of Interested Parties (Exhibit 3); and

5. Designation of Counsel (Exhibit 4).

# EXHIBIT 1