**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

| | | |
|---|---|---|
| **RUSSELL E. WOMACK, INC.** | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:17-CV-00062-C |
| | § | |
| **THE NORTH RIVER** | § | |
| **INSURANCE COMPANY** | § | |
| *Defendant* | § | |

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Russell E. Womack, Inc. and Defendant The North River Insurance Company, and their respective counsel, that the above-captioned action is voluntarily dismissed against Defendant The North River Insurance Company, without prejudice to the rights of Plaintiff to re-file same, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

**SO STIPULATED:**

 */s/ H. Grady Terrill*
**CRAIG, TERRILL, HALE & GRANTHAM, LLP**
First Bank Centre
9816 Slide Rd., Suite 201
Lubbock, Texas 79424
(806) 744-3232 (Telephone)
(806) 744-2211 (Facsimile)
gradyt@cthglawfirm.com


*/s/ Christopher Avery*
**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
One Riverway, Suite 1400
Houston, TX 77056
(713) 403-8203 (Telephone)
(713) 403-8299 (Facsimile)
cavery@thompsoncoe.com